

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-14-00880-CV

Style:                       Theaola Robinson

                             v. KTRK Television, Inc.

Date motion filed*:          August 25, 2015

Type of motion:              Second Motion for Extension of Time to File Appellee's Brief, or in the Alternative,

                             Motion to Suspend Briefing Deadlines

Party filing motion:         Appellee KTRK Television, Inc.

Document to be filed:        Appellee's Brief

Is appeal accelerated?       No

If motion to extend time:

    Original due date:         July 27, 2015

    Number of previous extensions granted:    1          Current Due date: August 25, 2015

    Date Requested:            September 25, 2015

Ordered that motion is:

    ☒    **Granted**—Motion for Extension of Time to File Appellee's Brief

        If document is to be filed, document due: **September 25, 2015**

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☒    **Dismissed**—Motion to Suspend Briefing Deadlines

    Appellee's motion for an extension of time to file appellee's brief is granted. Appellee's brief is due to be filed no later than September 25, 2015. *See* TEX. R. APP. P. 38.6(b), (c). Appellee's motion to suspend briefing deadlines is dismissed as moot.

Judge's signature:   /s/ Russell Lloyd
               ☒ Acting individually    ☐ Acting for the Court

Date:  September 3, 2015